# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHRISTOPHER L. BARWICK, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-132 |
| v. | * | |
| TIMOTHY C. WARD, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Petitioner Christopher Barwick ("Barwick") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Respondent's unopposed Motion to Dismiss, **DISMISSES** Barwick's 28 U.S.C. § 2254 Petition as untimely, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Barwick *in forma pauperis* status on appeal and a Certificate of Appealability.

SO ORDERED, this 12 day of November, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)